UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>**MICHAEL H. ODELL,** | No. 1:25-mc-00077-SAB<br><br>ORDER DENYING REQUEST TO BE EXEMPT FROM ELECTRONIC FILING REQUIREMENT AND DIRECTING CLERK OF COURT TO RETURN DOCUMENTS TO PLAINTIFF FOR ELECTRONIC FILING<br><br>(ECF No. 1) |

On September 11, 2025, the Court received an application to proceed in forma pauperis and a civil rights complaint with a civil cover sheet in which Plaintiff states, "Paper Filing Only!" (ECF No. 1 at 1.) Plaintiff also states, "CDCR delays E-Filing up to 3wks," "Loses § 1983-never returns docs for e-file," and "CDCR § 1983 does contradict in amend." (Id.) The Court liberally construes Plaintiff's filing as a request to be exempt from the electronic filing system.

Plaintiff is incarcerated at the Substance Abuse Treatment Facility and State Prison, Corcoran and he is subject to the Standing Order In Re: Procedural Rules for Electronic Submission of Prison Litigation Filed by Plaintiffs Incarcerated at Participating Penal Institutions, filed on March 1, 2026. Pursuant to the Standing Order, which applies to initial filings, (1) new complaints are subject to e-filing and they may not exceed twenty-five pages in length, and (2)

1

motions for emergency relief are subject to e-filing and they may not exceed fifteen pages in length.  Plaintiff has failed to demonstrate good cause to be exempt from utilizing the electronic filing system, and there exists no legitimate basis for exempting him from electronically filing his complaint.  Indeed, Plaintiff has failed to demonstrate that he has attempted to utilize the electronic filing system at his facility and was prevented from doing so.  Therefore, Plaintiff's motion shall be denied and Plaintiff shall be required to comply with the electronic filing procedures set forth in the Standing Order.

        Accordingly, it is HEREBY ORDERED that:

1.     Plaintiff's motion to be exempt from electronic filing his civil rights complaint is DENIED, without prejudice; and
2.     The Clerk of Court shall return the documents (ECF No. 1) to Plaintiff for electronic filing.

IT IS SO ORDERED.

Dated:  **September 17, 2025**

STANLEY A. BOONE
United States Magistrate Judge

2